

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARMANDO BARROSO #109242           CIVIL ACTION

VERSUS           NO. 04-2800

JAMES MILLER JR WARDEN           SECTION "J" (5)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s): _Petitioner has failed to make a substantial showing of the Denial of a constitutional right, as set forth in the Magistrate's Report + Recommendation (Rec. Doc. 7), adopted by the undersigned._

Date: _July 18, 2005_           _____
UNITED STATES DISTRICT JUDGE